490 A.2d 437

**Edward ANSKIS, Appellant,**

v.

**Selma FISCHER and Louis Fischer and Michael Lenahan and Sears, Roebuck & Company.**

Supreme Court of Pennsylvania.

Argued April 15, 1985.

Decided April 23, 1985.

Sheldon A. Goodstadt, Harry J. Oxman, Philadelphia, for appellant.

James M. Marsh, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

428

## ORDER

**PER CURIAM**

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.